# United States Court of Appeals
## For the First Circuit

No. 08-1797

UNITED STATES OF AMERICA,

Appellee,

v.

TREVOR CHARLTON,

Defendant, Appellant.

ERRATA SHEET

Chief Judge Lynch's concurrence in the opinion of this Court issued on April 1, 2010, is amended as follows:

On page 25, line 4, "though little help to him here" is changed to "though of little help to him here".